The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARYN JENNINGS and TRICIA HARDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and USAA GENERAL INDEMNITY COMPANY,<br><br>Defendants. | No. 3:23−cv−06171−DGE<br><br>STIPULATED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 27, 2023** |

## **STIPULATED MOTION**

Plaintiffs Caryn Jennings and Tricia Harder and Defendants USAA Casualty Insurance Company and USAA General Indemnity Company (collectively, "USAA") hereby stipulate and agree that USAA's time to answer or otherwise respond to Plaintiffs' Class Action Complaint is extended to January 17, 2024. Should USAA respond to the Complaint with a motion pursuant to Rule 12, the parties have agreed to a briefing schedule that will accommodate the parties' respective schedules.

STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT– 1
Cause No.: 3:23-cv-06171

4893-1986-4473, v. 1

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1  NOW THEREFORE, the parties jointly stipulate and respectfully ask the Court to enter an order that extends the deadline for USAA to file a responsive pleading or motion pursuant to Federal Rule of Civil Procedure 12 and sets a briefing schedule for a Rule 12 motion, if any is filed, as follows:

| | |
|---|---|
| Deadline to file responsive pleading or Rule 12 motion: | January 17, 2024 |
| Plaintiffs' response to Rule 12 motion, if filed: | February 19, 2024 |
| Defendant's reply in support of Rule 12 motion, if filed: | March 1, 2024 |
| Noting date for Defendant's Rule 12 motion, if filed: | March 1, 2024 |

DATED this 27th day of December, 2023.

FORSBERG & UMLAUF P.S.

  *s/ Kimberly A. Reppart*
Kimberly A. Reppart, WSBA #30643
Kara A. Tredway, WSBA #44984
Email: kreppart@foum.law
             ktredway@foum.law
*Attorneys for Defendants*

DATED this 27th day of December, 2023.

TOUSLEY BRAIN STEPHENS PLLC

  *s/ Jason Dennett*
Jason T. Dennett, WSBA #30686
Cecily C. Jordan, WSBA #50061
Email: jdennett@tousley.com
             cjordan@tousley.com
*Attorneys for Plaintiffs*

STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT– 2
Cause No.: 3:23-cv-06171

4893-1986-4473, v. 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

FRANKLIN D. AZAR & ASSOCIATES, P.C.
Franklin D. Azar *
Dezarae LaCrue *
Michael D. Murphy
Timothy L. Foster
Brian Hanlin *
14426 East Evans Avenue
Aurora, Colorado 80014
Tele: (303) 757-3300/Fax: (720) 213-5131
azarf@fdazar.com
lacrued@fdazar.com
murphym@fdazar.com
fostert@fdazar.com
hanlinb@fdazar.com
Attorneys for Plaintiffs

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court adopts the parties' agreed schedule, as set forth below:

| | |
|---|---|
| Deadline to file responsive pleading or Rule 12 motion: | January 17, 2024 |
| Plaintiffs' response to Rule 12 motion, if filed: | February 19, 2024 |
| Defendant's reply in support of Rule 12 motion, if filed: | March 1, 2024 |
| Noting date for Defendant's Rule 12 motion, if filed: | March 1, 2024 |

IT IS SO ORDERED.

Dated this _____ day of _____, 2023.

_____
The Honorable David G. Estudillo

STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT– 3
Cause No.: 3:23-cv-06171

4893-1986-4473, v. 1

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX